Paul Adams (Bar No. 42,146)
THE ADAMS LAW FIRM
3800 Osuna Road NE, Suite 2
Albuquerque, New Mexico 87109
Ph.  (505) 222-3145

Michael T. Cooke *(Admitted Pro Hac Vice)*
Jonathan T. Suder *(Admitted Pro Hac Vice)*
Brett M. Pinkus *(Admitted Pro Hac Vice)*
FRIEDMAN, SUDER & COOKE
604 East 4th Street, Suite 200
Fort Worth, Texas  76102
Ph.:  (817) 334-0054

**Attorneys for BRAIN LIFE, LLC**

Theresa M. Gillis *(Admitted Pro Hac Vice)*
MAYER BROWN LP
1675 Broadway
New York, NY 10019-5820
Ph.: (212) 506-2500

Thomas W. Jenkins, Jr.
Erick J. Palmer
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL  60606
Ph.:  312.782.0600

Callie A. Bjurstrom (Bar No. 137816)
PILLSBURY WINTHROP SHAW PITTMAN LLP
501 West Broadway, Suite 1100
San Diego, CA 92101-3575
Ph.:  (619) 544-3107

**Attorneys for ELEKTA INC.**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAIN LIFE, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>ELEKTA INC.,<br><br>      Defendant. | Case No.:  3:12-cv-00303 CAB-BGS<br><br>**JOINT MOTION OF DISMISSAL** |

IT IS HEREBY STIPULATED and AGREED by and between Plaintiff BRAIN LIFE LLC ("Plaintiff") and Defendant ELEKTA INC. ("Defendant"), and by their attorneys, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) this action be, and hereby is, dismissed with prejudice.

Each party shall bear its own costs and attorneys' fees.

Dated: June 10, 2014.

/s/ Michael T. Cooke
Michael T. Cooke *(Admitted Pro Hac Vice)*
Jonathan T. Suder *(Admitted Pro Hac Vice)*
Brett M. Pinkus *(Admitted Pro Hac Vice)*
FRIEDMAN, SUDER & COOKE
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
Ph.: (817) 334-0400
mtc@fsclaw.com
jts@fsclaw.com
pinkus@fsclaw.com

Paul Adams (Bar No. 42,146)
THE ADAMS LAW FIRM
550 West C Street, Suite 2000
San Diego, California 92101
Ph.: (505) 222-3145
adamspatentlaw@gmail.com

Attorneys for BRAIN LIFE, LLC

Respectfully submitted,

/s/ Theresa M. Gillis
Theresa M. Gillis *(Admitted Pro Hac Vice)*
Robert Greenfeld
MAYER BROWN LP
1675 Broadway
New York, NY 10019-5820
Ph.: (212) 506-2500
tgillis@mayerbrown.com
rgreenfeld@mayerbrown.com

Thomas W. Jenkins, Jr.
Erick J. Palmer
Jack Shaw
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
Ph.: 312.782.0600
tjenkins@mayerbrown.com
ejpalmer@mayerbrown.com
jshaw@mayerbrown.com

/s/ Callie A. Bjurstrom
Callie A. Bjurstrom
PILLSBURY WINTHROP SHAW PITTMAN LLP
501 West Broadway, Suite 1100
San Diego, CA 92101-3575
Ph.: (619) 544-3107
callie.bjurstrom@pillsburylaw.com

Attorneys for ELEKTA, INC.

FILER'S ATTESTATION

Pursuant to this Court's Electronic Case Filing Administrative Policies and Procedures, Section 2, Subparagraph f(4), the undersigned attests that all parties have concurred in the filing of this Joint Motion of Dismissal.

Dated: June 10, 2014

Respectfully submitted,

/s/ Callie A. Bjurstrom
Callie A. Bjurstrom
PILLSBURY WINTHROP SHAW PITTMAN LLP
501 West Broadway, Suite 1100
San Diego, CA 92101-3575
Ph.: (619) 544-3107
callie.bjurstrom@pillsburylaw.com

Attorneys for ELEKTA, INC.